**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**



FILED
02 MAR 19 PM 4:29

JOHN A. TEDESCO,

      Plaintiff(s),

vs.                          Case No. 8:99-CV-2552-T-27MAP

THE PAUL REVERE LIFE
INSURANCE COMPANY,

      Defendant(s).
_____/

## ORDER OF ADMINISTRATIVE CLOSURE

THE COURT having been advised by the Mediation Report (Dkt. 187) that this cause has been settled at mediation, and there being no basis for said cause to remain pending, it is,

**ORDERED AND ADJUDGED:**

1. The Clerk of Court is directed to administratively close this case.

2. All pending motions are DENIED AS MOOT.

3. Plaintiff is directed to file the appropriate notice of settlement, pursuant to Local Rule 3.08, and/or notice of dismissal within thirty (30) days of the date of this order.

**DONE AND ORDERED** in chambers this _19th_ day of March, 2002.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Courtroom Deputy
Law Clerk



Date Printed: 03/20/2002

Notice sent to:

    ___  Dewey Frank Winkles, Esq.
         Swope Law Group, P.A.
         1234 E. 5th Ave.
         Tampa, FL  33605

    ___  Barry Scott Richard, Esq.
         Greenberg, Traurig, Hoffman, Lipoff,
         Rosen & Quentel
         101 E. College Ave.
         P.O. Box 1838
         Tallahassee, FL  32302

    ___  Timon V. Sullivan, Esq.
         Ogden & Sullivan, P.A.
         113 S. Armenia Ave.
         Tampa, FL  33609

    ___  Evan M. Tager, Esq.
         Mayer, Brown, Rowe & Maw
         1909 K St., N.W.
         Washington, DC  20006-1101

    ___  Richard B. Katskee, Esq.
         Mayer, Brown, Rowe & Maw
         1909 K St., N.W.
         Washington, DC  20006-1101

*CRD*

*Law Clerk*